| HOURS UNITS | RATE | EARNINGS | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| 32.00 | 19.4400 | REGULAR PAY | 622.08 | 1,701.00 | FEDERAL | 141.86 | 894.58 |
| | | RETRO ADJUSTMENT | | 150.66 | SOCIAL SECURITY | 36.68 | 233.99 |
| 11.00 | 29.1600 | OT @ 1.5 | 320.76 | 925.83 | MEDICARE | 12.66 | 80.78 |
| | | OT @ 2.0 | | 563.76 | STATE TAX -PA | 26.81 | 171.03 |
| | | VACATION | | 1,972.00 | LOCAL TAX | 8.73 | 55.71 |
| | | HOLIDAY | | 466.56 | OCC PRIV TAX | 1.00 | 5.00 |
| | | | | | STATE UNEMPLMT | .75 | 4.63 |
| | | | | | MEDICAL INS | 69.55 | 208.65 |
| | | | | | STOCK PURCHASE | 20.00 | 60.00 |
| | | | | | UNION DUES | | 9.18 |
| | | | | | UNITED WAY | 5.00 | 20.00 |
| | | | | | DIRECT DEPOSIT | 619.80 | 4036.26 |

( COMMENTS )

PERIOD ENDING 1/16/2011
CHECK DATE 1/20/2011
ADVICE NO. 794565

| 4041 | 4041 | 40570 | HECTOR ORTIZ | 5,779.81 | 942.84 | |
|---|---|---|---|---|---|---|
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

1/20/2011    ROCK-TENN SERVICES
504 THRASHER STREET
NORCROSS, GA  30071

794565

| ACCOUNT # | AMOUNT |
|---|---|
| **********9157 | 619.80 |

NAME    HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA  17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS DESCRIPTION | CURRENT | YEAR TO DATE | TAXES AND DEDUCTIONS DESCRIPTION | CURRENT | YEAR |
|---|---|---|---|---|---|---|---|
| | | REGULAR PAY | | 1,078.92 | FEDERAL | 158.77 | |
| | | RETRO ADJUSTMENT | | 150.66 | SOCIAL SECURITY | 41.41 | |
| | | OT @ 1.5 | | 605.07 | MEDICARE | 14.30 | |
| 50.72 | 19.4400 | OT @ 2.0 | | 563.76 | STATE TAX -PA | 30.27 | |
| | | VACATION | 986.00 | 1,972.00 | LOCAL TAX | 9.86 | |
| | | HOLIDAY | | 466.56 | OCC PRIV TAX | 1.00 | |
| | | | | | STATE UNEMPLMT | .79 | |
| | | | | | MEDICAL INS | | |
| | | | | | STOCK PURCHASE | | |
| | | | | | UNION DUES | | |
| | | | | | UNITED WAY | | |
| | | | | | DIRECT DEPOSIT | 729.60 | 3 |

( COMMENTS )

| | | | | | |
|---|---|---|---|---|---|
| | | | | PERIOD ENDING | 1/09/20 |
| | | | | CHECK DATE | 1/13/20 |
| 4041 | 4041 | 40570 | HECTOR ORTIZ | ADVICE NO. | 7879 |
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | 4,836.97 | 986.00 |
| | | | | Y-T-D GROSS | CURRENT GROSS NET PA |

1/13/2011

ROCK-TENN SERVICES
504 THRASHER STREET
NORCROSS, GA 30071

787972

| ACCOUNT # | AMOUNT |
|---|---|
| *********9157 | 729.60 |

NAME HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS DESCRIPTION | CURRENT | YEAR TO DATE | TAXES AND DEDUCTIONS DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL | 244.11 | 593.95 |
| 39.50 | 19.4400 | REGULAR PAY | 767.88 | 1,076.92 | SOCIAL SECURITY | 64.03 | 155.90 |
| | | RETRO ADJUSTMENT | 72.90 | 150.66 | MEDICARE | 22.10 | 53.82 |
| 12.50 | 29.1600 | OT @ 1.5 | 364.50 | 605.07 | STATE TAX -PA | 46.80 | 113.95 |
| 6.00 | 38.8800 | OT @ 2.0 | 233.28 | 563.76 | LOCAL TAX | 15.25 | 37.12 |
| | | VACATION | | 986.00 | OCC PRIV TAX | 1.00 | 3.00 |
| 8.00 | 19.4400 | HOLIDAY | 155.52 | 466.56 | STATE UNEMPLMT | 1.28 | 3.09 |
| | | | | | MEDICAL INS | 69.55 | 139.10 |
| | | | | | STOCK PURCHASE | 20.00 | 40.00 |
| | | | | | UNION DUES | | 9.18 |
| | | | | | UNITED WAY | 5.00 | 15.00 |
| | | | | | DIRECT DEPOSIT | 1104.96 | 2686.86 |

( COMMENTS )

PERIOD ENDING: 1/09/2011
CHECK DATE: 1/13/2011
ADVICE NO.: 787971

| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |
|---|---|---|---|---|---|---|
| 4041 | 4041 | 40570 | HECTOR ORTIZ | 3,850.97 | 1,594.08 | |

787971

1/13/2011

ROCK-TENN SERVICES
504 THRASHER STREET
NORCROSS, GA 30071

| ACCOUNT # | AMOUNT |
|---|---|
| **********9157 | 1,104.96 |

NAME: HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| | ✓ | REGULAR PAY | | 311.04 | FEDERAL | 158.77 | 349.84 |
| | | RETRO ADJUSTMENT | | 77.76 | SOCIAL SECURITY | 41.41 | 91.87 |
| | | OT @ 1.5 | | 240.57 | MEDICARE | 14.30 | 31.72 |
| | | OT @ 2.0 | | 330.48 | STATE TAX -PA | 30.27 | 67.15 |
| 50.72 | 19.4400 | VACATION | 986.00 | 986.00 | LOCAL TAX | 9.86 | 21.87 |
| | | HOLIDAY | | 311.04 | OCC PRIV TAX | 1.00 | 2.00 |
| | | | | | STATE UNEMPLMT | .79 | 1.81 |
| | | | | | MEDICAL INS | | 69.55 |
| | | | | | STOCK PURCHASE | | 20.00 |
| | | | | | UNION DUES | | 9.18 |
| | | | | | UNITED WAY | 5.00 | 10.00 |
| | | | | | DIRECT DEPOSIT | 724.60 | 1581.90 |

( COMMENTS )

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | PERIOD ENDING | 1/02/2011 |
| | | | | | CHECK DATE | 1/06/2011 |
| | | | | | ADVICE NO. | 782266 |
| 4041 | 4041 | 40570 | HECTOR ORTIZ | 2,256.89 | 986.00 | |
| COST CENTER | MAIL CODE | EMPLOYEE NO | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

1/06/2011           ROCK-TENN SERVICES                               782266
                    504 THRASHER STREET
                    NORCROSS, GA 30071

| ACCOUNT # | AMOUNT |
|---|---|
| **********9157 | 724.60 |

**NAME**   HECTOR ORTIZ
           102 E BROOKFIELD DR
           LEBANON, PA 17046                          **NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| 16.00 | 19.4400 | REGULAR PAY | 311.04 | 311.04 | FEDERAL | 191.07 | 191.07 |
| | | RETRO ADJUSTMENT | 77.76 | 77.76 | SOCIAL SECURITY | 50.46 | 50.46 |
| 8.25 | 29.1600 | OT @ 1.5 | 240.57 | 240.57 | MEDICARE | 17.42 | 17.42 |
| 8.50 | 38.8800 | OT @ 2.0 | 330.48 | 330.48 | STATE TAX -PA | 36.88 | 36.88 |
| 16.00 | 19.4400 | HOLIDAY | 311.04 | 311.04 | LOCAL TAX | 12.01 | 12.01 |
| | | | | | OCC PRIV TAX | 1.00 | 1.00 |
| | | | | | STATE UNEMPLMT | 1.02 | 1.02 |
| | | | | | MEDICAL INS | 69.55 | 69.55 |
| | | | | | STOCK PURCHASE | 20.00 | 20.00 |
| | | | | | UNION DUES | 9.18 | 9.18 |
| | | | | | UNITED WAY | 5.00 | 5.00 |
| | | | | | DIRECT DEPOSIT | 857.30 | 857.30 |

( COMMENTS )

PERIOD ENDING 1/02/2011
CHECK DATE 1/06/2011
ADVICE NO. 782265

| 4041 | 4041 | 40570 | HECTOR ORTIZ | 1,270.89 | 1,270.89 | |
|---|---|---|---|---|---|---|
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

1/06/2011

ROCK-TENN SERVICES
504 THRASHER STREET
NORCROSS, GA 30071

782265

| ACCOUNT # | AMOUNT |
|---|---|
| *****1*****9157 | 857.30 |

NAME  HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| | | REGULAR PAY | | 35,036.08 | FEDERAL | 70.21 | 6890.02 |
| | | RETRO ADJUSTMENT | | 64.20 | SOCIAL SECURITY | 28.92 | 2846.09 |
| | | OT @ 1.5 | | 8,708.95 | MEDICARE | 6.77 | 665.62 |
| | | OT @ 2.0 | | 915.20 | STATE TAX -PA | 14.32 | 1409.27 |
| | | VACATION | | 2,714.45 | LOCAL TAX | 4.67 | 459.04 |
| 8.00 | 19.4400 | HOLIDAY | 155.52 | 1,363.20 | OCC PRIV TAX | | 51.00 |
| 16.00 | 19.4400 | BEREAVE | 311.04 | 311.04 | STATE UNEMPLMT | | 38.56 |
| | | AWARD/BONUS | | 40.57 | MEDICAL INS | | 3399.93 |
| | | BIRTHDAY | | 150.96 | STOCK PURCHASE | 20.00 | 1000.00 |
| | | | | | UNION DUES | | 468.18 |
| | | | | | SAFETY EQPT | | 5.95 |
| | | | | | TOOLS | | 100.00- |
| | | | | | DIRECT DEPOSIT | 321.67 | 32170.99 |

( COMMENTS )

DEDUCTION MED CEASED ON 12/25/2010
Please verify that mailing address is correct for 2010 mailing of W2s

PERIOD ENDING: 12/26/2010
CHECK DATE: 12/30/2010
ADVICE NO.: 775866

| 4041 | 4041 | 40570 | HECTOR ORTIZ | 49,304.65 | 466.56 | |
|---|---|---|---|---|---|---|
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

12/30/2010  ROCK-TENN SERVICES  775866
504 THRASHER STREET
NORCROSS, GA 30071

| ACCOUNT # | AMOUNT |
|---|---|
| **********9157 | 321.67 |

NAME: HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR T |
| 40.00 | 19.4400 | REGULAR PAY | 777.60 | 35,036.08 | FEDERAL | 132.77 | 6( |
| | | RETRO ADJUSTMENT | | 84.20 | SOCIAL SECURITY | 54.88 | 2( |
| 6.00 | 29.1600 | OT @ 1.5 | 174.96 | 8,708.95 | MEDICARE | 12.83 | ( |
| | | OT @ 2.0 | | 915.20 | STATE TAX -PA | 27.17 | 1: |
| | | VACATION | | 2,714.45 | LOCAL TAX | 8.85 | 4 |
| | | HOLIDAY | | 1,207.68 | OCC PRIV TAX | 1.00 | |
| | | AWARD/BONUS | | 40.57 | STATE UNEMPLMT | .76 | |
| | | BIRTHDAY | | 150.96 | MEDICAL INS | 67.43 | 33 |
| | | | | | STOCK PURCHASE | 20.00 | 9 |
| | | | | | UNION DUES | 9.18 | 4 |
| | | | | | SAFETY EQPT | | |
| | | | | | TOOLS | | 10 |
| | | | | | DIRECT DEPOSIT | 617.69 | 318 |

( COMMENTS )
Please verify that mailing address is correct for 2010 mailing of W2s

| | | | | | |
|---|---|---|---|---|---|
| | | | | PERIOD ENDING | 12/19/201 |
| | | | | CHECK DATE | 12/23/201 |
| | | | | ADVICE NO. | 76960 |
| 4041 | 4041 | 40570 | HECTOR ORTIZ | 48,838.09 | 952.56 |
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

12/23/2010    ROCK-TENN SERVICES                                769602
              504 THRASHER STREET
              NORCROSS, GA 30071

| ACCOUNT # | AMOUNT |
|---|---|
| *********9157 | 617.69 |

NAME    HECTOR ORTIZ
        102 E BROOKFIELD DR
        LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| 40.00 | 18.8700 | REGULAR PAY | 754.80 | 34,258.48 | FEDERAL | 115.30 | 6687.04 |
| | | RETRO ADJUSTMENT | 13.68 | 64.20 | SOCIAL SECURITY | 45.96 | 2762.29 |
| | | OT @ 1.5 | | 8,533.99 | MEDICARE | 10.75 | 646.02 |
| | | OT @ 2.0 | | 915.20 | STATE TAX -PA | 22.77 | 1367.78 |
| | | VACATION | | 2,714.45 | LOCAL TAX | 7.42 | 445.52 |
| | | HOLIDAY | | 1,207.68 | OCC PRIV TAX | 1.00 | 50.00 |
| | | AWARD/BONUS | 40.57 | 40.57 | STATE UNEMPLMT | .65 | 37.80 |
| | | BIRTHDAY | | 150.96 | MEDICAL INS | 67.43 | 3332.50 |
| | | | | | STOCK PURCHASE | 20.00 | 960.00 |
| | | | | | UNION DUES | 9.18 | 459.00 |
| | | | | | SAFETY EQPT | | 5.95 |
| | | | | | TOOLS | | 100.00- |
| | | | | | DIRECT DEPOSIT | 508.57 | 31231.63 |

( COMMENTS )

Please verify that mailing address is correct for 2010 mailing of W2s

| | | | | | PERIOD ENDING | 12/12/2010 |
|---|---|---|---|---|---|---|
| | | | | | CHECK DATE | 12/16/2010 |
| 4041 | 4041 | 40570 | HECTOR ORTIZ | 47,885.53 | ADVICE NO. | 764106 |
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | 809.05 CURRENT GROSS | 508.57 NET PAY |

12/16/2010

ROCK-TENN SERVICES
504 THRASHER STREET
NORCROSS, GA 30071

764106

| ACCOUNT # | AMOUNT |
|---|---|
| *********9157 | 508.57 |

NAME HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | CURRENT | YEAR TO DATE | DESCRIPTION | CURRENT | YEAR TO DATE |
| 40.00 | 18.8700 | REGULAR PAY | 754.80 | 33,503.68 | FEDERAL | 171.31 | 6571.74 |
| | | RETRO ADJUSTMENT | 1.80 | 50.52 | SOCIAL SECURITY | 70.81 | 2716.31 |
| 16.00 | 28.3050 | OT @ 1.5 | 452.88 | 8,533.99 | MEDICARE | 16.56 | 635.27 |
| | | OT @ 2.0 | | 915.20 | STATE TAX -PA | 35.06 | 1345.01 |
| | | VACATION | | 2,714.45 | LOCAL TAX | 11.42 | 438.10 |
| | | HOLIDAY | | 1,207.68 | OCC PRIV TAX | 1.00 | 49.00 |
| | | BIRTHDAY | | 150.96 | STATE UNEMPLMT | .97 | 37.15 |
| | | | | | MEDICAL INS | 67.43 | 3265.07 |
| | | | | | STOCK PURCHASE | 20.00 | 940.00 |
| | | | | | UNION DUES | 9.18 | 449.82 |
| | | | | | SAFETY EQPT | | 5.95 |
| | | | | | TOOLS | 100.00- | 100.00- |
| | | | | | DIRECT DEPOSIT | 905.74 | 30723.06 |

( COMMENTS )
Please verify that mailing address is correct for 2010 mailing of W2s

PERIOD ENDING: 12/05/2010
CHECK DATE: 12/09/2010
ADVICE NO.: 757625

| 4041 | 4041 | 40570 | HECTOR ORTIZ | 47,076.48 | 1,209.48 | |
|---|---|---|---|---|---|---|
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

12/09/2010  ROCK-TENN SERVICES  757625
504 THRASHER STREET
NORCROSS, GA 30071

| ACCOUNT # | AMOUNT |
|---|---|
| **********9157 | 905.74 |

NAME  HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

| HOURS UNITS | RATE | EARNINGS DESCRIPTION | CURRENT | YEAR TO DATE | TAXES AND DEDUCTIONS DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL | 103.11 | 6400.43 |
| 24.00 | 18.8700 | REGULAR PAY | 452.88 | 32,748.88 | SOCIAL SECURITY | 42.62 | 2645.50 |
| | | RETRO ADJUSTMENT | | 48.72 | MEDICARE | 9.97 | 618.71 |
| | | OT @ 1.5 | | 8,081.11 | STATE TAX -PA | 21.10 | 1309.95 |
| | | OT @ 2.0 | | 915.20 | LOCAL TAX | 6.87 | 426.68 |
| | | VACATION | | 2,714.45 | OCC PRIV TAX | 1.00 | 48.00 |
| 16.00 | 18.8700 | HOLIDAY | 301.92 | 1,207.68 | STATE UNEMPLMT | .60 | 36.18 |
| | | BIRTHDAY | | 150.96 | MEDICAL INS | 67.43 | 3197.64 |
| | | | | | STOCK PURCHASE | 20.00 | 920.00 |
| | | | | | UNION DUES | 9.18 | 440.64 |
| | | | | | SAFETY EQPT | | 5.95 |
| | | | | | DIRECT DEPOSIT | 472.92 | 29817.32 |

( COMMENTS )
Please verify that mailing address is correct for 2010 mailing of W2s

PERIOD ENDING: 11/28/2010
CHECK DATE: 12/02/2010
ADVICE NO.: 750480

| 4041 | 4041 | 40570 | HECTOR ORTIZ | 45,867.00 | 754.80 | |
|---|---|---|---|---|---|---|
| COST CENTER | MAIL CODE | EMPLOYEE NO. | EMPLOYEE NAME | Y-T-D GROSS | CURRENT GROSS | NET PAY |

12/02/2010

ROCK-TENN SERVICES
504 THRASHER STREET
NORCROSS, GA 30071

750480

| ACCOUNT # | AMOUNT |
|---|---|
| **********9157 | 472.92 |

NAME: HECTOR ORTIZ
102 E BROOKFIELD DR
LEBANON, PA 17046

**NON-NEGOTIABLE**

EMPLOYER   100   ROCK TENN SERVICES 40570
EMPLOYEE         ORTIZ, HECTOR

# EMPLOYEE INFORMATION

| Cycle | : SCCT | Pay Type | : H |
|---|---|---|---|
| Frequency | : W | Base Rate | : 19.4400 |
| YTD Gross Pay | : 4,836.97 | YTD Net Pay | : |

# CHECK INFORMATION

| Cycle Period End Date | Check Date | Tax Co. | Acct | Check No. | Gross Pay | Net Pay | Clr/Vd/Esc Date |
|---|---|---|---|---|---|---|---|
| SCCT 11/21/2010 | 11/24/2010 | 001 | *DD01 | 743368 | 754.80 | .00 | |

# INCOMES

| Code Account | Description | Seg. | Rate Shift | Hours Units | Amount Project | Levels Worked WBS 1 WBS 2 WBS 3 WBS 4 WBS 5 WBS 6 Cost Cd | Job |
|---|---|---|---|---|---|---|---|
| 0021 ROC. 4041001. 55020 | REGULAR PAY - JOB | 0 | 18.8700 40411 | 40.00 .00 | 754.80 COR | 4041 001D | 346 |

# DEDUCTIONS

| Code | Description | Tax Loc. | Base Amount | Tax Limit/Base | ER Liability | EE Deduction | WBO/Ovr? | Tax Jur. | Pos. Sys? Status Adj |
|---|---|---|---|---|---|---|---|---|---|
| MED | MEDICAL (GI) | | .00 | .00 | 165.82 | 67.43 | | LCD347 | 0000 |
| *FICA | SOCIAL SECUR | | 687.37 | 687.37 | 42.61 | 42.61 | | | 0000 |
| *FMHI | MEDICARE | | 687.37 | 687.37 | 9.97 | 9.97 | | | 0000 |
| *SPA | STATE TAX PA | S01PA | 687.37 | 687.37 | .00 | 21.10 | | | 0000 |
| *FWT | FEDERAL | | 687.37 | 687.37 | .00 | 103.11 | | | 0000 |
| *LEML | LANCASTER LS | L1EML | 687.37 | .00 | .00 | 1.00 | | | 0000 |
| *LPLC | LEBANON COUN | L1PLC | 687.37 | 687.37 | .00 | 6.87 | | | 0000 |
| *UPA | STATE UNEMPL | U01PA | 754.80 | .00 | .00 | .60 | | | 0000 |
| *FUTA | FUTA | | 687.37 | .00 | .00 | .00 | | | 0000 |
| UN326 | UNION 326 (S | | .00 | .00 | .00 | 9.18 | | | 0000 |
| ADD | AD&D (GI) | | .00 | .00 | .16 | .00 | | | 0000 |
| LIFBS | BASIC LIFE ( | | .00 | .00 | .78 | .00 | | | 0000 |
| STD | STD (SHPS) | | .00 | .00 | 6.63 | .00 | | | 0000 |
| EESHO | EMP STK PURC | | .00 | .00 | .00 | 20.00 | | | 0000 |
| ADM | ADM-ADMIN FE | | .00 | .00 | 4.42 | .00 | | | 0000 |
| DD3 | DIRECT DEP 1 | | 472.93 | 472.93 | .00 | 472.93 | | | 0000 |

Employee Totals:       Gross Pay        Net Pay
                        754.80            .00

Final Totals:           754.80            .00